UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILFREDO MONTIEL FUENMAYOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00752-RLY-MKK |
| | ) | |
| LINDA SMALLWOOD in his official Jailer of Clay County Detention Center, *et al.*, | ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER TO FILE AMENDED PETITION**

Wilfredo Montiel Fuenmayor filed a petition for a writ of habeas corpus in the Indianapolis Division of this court. The petition describes the petitioner as confined at the "Clark County Detention Center,"[1] the "Clark County Jail located in Brazil, Indiana,"[2] the "Clay County Jail in Brazil, Indiana,"[3] and the "Clay County Detention Center."[4] It is therefore not clear whether the petitioner is detained in the Clay County Jail, in Brazil, in the Terre Haute Division of this court; or the Clark County Jail, in Jeffersonville, in the New Albany Division of this court.

To further complicate matters, the petition names as a respondent Linda Smallwood, whom the court understands to be the Jailer for Clay County, Kentucky. *See* Clay County, Kentucky, *Clay County Detention Center*, https://claycountyky.com/departments/detention-center/ (last visited Apr. 17, 2026).

So that the court may assign this case to the proper division and an appropriate judicial officer, and so that the court may issue process to the proper respondents, the petitioner will have

---

[1] Dkt. 1 ¶ 1.
[2] *Id.* ¶ 6.
[3] *Id.* ¶ 10.
[4] *Id.* ¶ 16.

**through April 22, 2026**, to file an amended petition identifying his place of confinement and his immediate custodian.

      **IT IS SO ORDERED.**

Date: 4/20/2026

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Rania Attum
rania@attumlaw.com